USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
VERONICA VERA,

                      Plaintiff,

-against-

SALON JYB, INC, a New York corporation,
d/b/a SALON@10, and SITE FIVE HOUSING
DEVELOPMENT FUND CORPORATION, a
New York corporation,

                      Defendants.
-------------------------------------------------------------- X

19-CV-6641 (VEC)

MEDIATION REFERRAL
ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 25, 2019, the parties jointly requested a referral to the District's Mediation Program in lieu of an initial conference;

      IT IS HEREBY ORDERED THAT this case is REFERRED for mediation to the Court-annexed Mediation Program.  The parties are hereby notified that Local Civil Rule 83.9 will govern the mediation and are directed to participate in the mediation in good faith.  The parties are directed to notify the Court no later than **one week** after the conclusion of all mediation whether they were able to settle this case.

      IT IS FURTHER ORDERED THAT the initial conference currently scheduled for December 6, 2019, is adjourned to **January 31, 2020, at 10:00 A.M.**  Joint preconference submissions shall be due on or before **January 23, 2020**.  Defendants' time to answer or otherwise respond to the Complaint shall remain stayed.  The parties are advised that, given this lengthy extension, further adjournments are highly unlikely to be granted.

**SO ORDERED.**

Date: **November 25, 2019**
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**